**Order entered August 10, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00143-CR

**TORRY GOODSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F13-62599-K**

## ORDER

We **REINSTATE** this appeal.

Appellant's brief was due May 21, 2016. By postcard dated May 24, 2016, the Court notified appellate counsel Jeffrey Buchwald the brief had not been filed and directed him to file an extension motion along with the brief within ten days. When counsel did not do so, we abated this case for findings regarding why appellant's brief had not been filed. We **ADOPT** the trial court's July 25, 2016 findings that Jeffrey Buchwald has been unable to finish the brief in this case because of his workload and that he should be given forty-five additional days in which to file the brief. Therefore, we **ORDER** appellant's brief filed **no later than September 8, 2016**.

We caution Mr. Buchwald that further extensions will not be granted.  Should he fail to file a brief by September 8, 2016, the Court will remove Mr. Buchwald as counsel and order the trial court to appoint new appellate counsel.

/s/     ADA BROWN
JUSTICE